Entered on Docket
December 15, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: December 14, 2010



_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1  Ja Vonne M. Phillips, Esq. SBN 187474
2  Gregory J. Babcock, Esq. SBN 260437
   **McCarthy & Holthus, LLP**
3  1770 Fourth Avenue
   San Diego, CA 92101
4  Phone (619) 685-4800
5  Fax (619) 685-4810

6  Attorney for: Secured Creditor,
   Residential Credit Solutions, Inc.,
7  its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re: | ) Case No. 10-13128 J |
| | ) |
| Maria Luisa Perez, | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) **ORDER ON MOTION FOR RELIEF** |
| | ) **FROM AUTOMATIC STAY** |
| | ) |
| | ) Date: 12/09/2010 |
| | ) Time: 9:00 AM |
| | ) Place: 99 South E Street |
| | )        Santa Rosa, CA |
| | ) |
| | ) Judge: Alan Jaroslovsky |

The motion of Secured Creditor, Residential Credit Solutions, Inc., its assignees and/or successors, for relief from the automatic stay came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Alan Jaroslovsky. Movant, appeared

by and through its Attorney of Record, McCarthy & Holthus, LLP by Gregory J. Babcock, Esq. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. § 362 shall terminate 60-days from the motion for relief hearing held on December 9, 2010, UNLESS EITHER: i) The Debtor is post-petition current OR ii) the Debtor enters into a loan modification, with respect to the interests of Movant, Residential Credit Solutions, Inc., its assignees and/or successors, in the real property commonly known as 1141 West Pueblo Place, Napa, CA 94558.

IT IS FURTHER ORDERED that upon obtaining relief from the automatic stay, Movant may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

IT IS FURTHER ORDERED that Movant may contact the Debtor to comply with California Civil Code Section 2923.5.

**\*\* END OF ORDER \*\***